### No. 836.

### The State vs. Alexander Tumblon.

Where the verdict convicts of a less offence than that charged in the indictment, the sentence must be for the less offence.

Segura *vs.* Labit.

Under a charge of shooting with a dangerous weapon with intent to kill and murder, the jury may convict of inflicting a wound with a dangerous weapon less than mayhem, the two offences being of the same generic class and the latter included in the former.

APPEAL from the District Court for Ascension.    DUFFEL, J.

*Earhart,* District Attorney, for the State.    *Pugh* for Defendant.

The prisoner was indicted for the crime of shooting with a dangerous weapon with intent to kill and murder, but was convicted of a less offence, viz., inflicting a wound less than mayhem with a dangerous weapon.    The court however sentenced him to the punishment provided for the crime charged.

DE BLANC, J., delivered the opinion annulling the judgment and remanding the case for a sentence to be passed on the prisoner conformable to the verdict.